UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Rajib K. MITRA,

    Petitioner,

v.

Warden Dwight FONDREN,

    Respondent.

_____

Civil No. 09-cv-1050 JMR/JJK

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 12, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 20, 2009

                                              s/James M. Rosenbaum
                                              James M. Rosenbaum
                                              United States District Judge